IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| RONALD MCGAUGHEY | § | |
| VS. | § | CIVIL ACTION NO. 9:23cv16 |
| GIB LEWIS UNIT, ET AL. | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff Ronald McGaughey, proceeding *pro se*, brings this civil rights lawsuit. This matter was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 for findings of fact, conclusions of law, and recommendation for the disposition of the case.

Factual Background

Plaintiff alleges an unknown officer threatened to spray him with gas. He also states he has not received proper medical treatment. Plaintiff seeks injunctive relief.

Discussion

Plaintiff has notified the court that he has been released from prison. His release from prison makes his request for injunctive relief moot. *Morgan v. Patterson*, 772 F. App'x 117, 118 (5th Cir. 2019); *Coleman v. Lincoln Parish Detention Center*, 858 F.3d 307, 309 (5th Cir. 2017); *Herman v. Holiday*, 238 F.3d 660, 665 (5th Cir. 2001). As a result, this lawsuit should be dismissed without prejudice.

Recommendation

This civil rights lawsuit should be dismissed without prejudice as moot.

<u>Objections</u>

Within 14 days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of fact, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(C).

Failure to file written objections to the proposed findings of fact, conclusions of law and recommendations contained within this report within 14 days after service shall bar an aggrieved party from entitlement to *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1429 (5th Cir. 1996) (*en banc*).

SIGNED this 1st day of September, 2023.

_____
Zack Hawthorn
United States Magistrate Judge